**Dolores M. OUBRE, Plaintiff–Appellant,**

v.

**ENTERGY OPERATIONS, INC., Defendant–Appellee.**

**No. 96–30654**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit

Nov. 6, 1996.

Barbara Gale Haynie, Metairie, LA, for Plaintiff-Appellant.

James Martin McGrew, New Orleans, LA, Renee Williams Masinter, New Orleans, LA, for Defendant-Appellee.

Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:

Dolores M. Oubre appeals from the district court's grant of summary judgment in favor of her employer, Entergy Operations, Inc., in her age discrimination action.

We have reviewed the record and the parties' briefs and find no reversible error. Accordingly, the judgment is AFFIRMED for the reasons enunciated by the district court.